IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 1:20-cr-00035-MC |
| Plaintiff, | |
| v. | **OPINION AND ORDER** |
| **RONALD CHARLES CANEPA, JR.,** | |
| Defendant. | |
| _____ | |

**MCSHANE, Judge**:

The parties jointly move to reduce Mr. Canepa's sentence under 18 U.S.C. § 3582(c)(1)(A)(i) to time served. The Court agrees that extraordinary and compelling reasons exist that justify reducing Mr. Canepa's sentence to time served. The Joint Motion, ECF No. 78, is GRANTED. The Court reduces Mr. Canepa's sentence to time served with the condition of supervised release that he remain at the Jackson County Transition Center for a period of up to 120 days, to be released at the discretion of his probation officer upon finding suitable housing for himself and his wife.

IT IS SO ORDERED.

DATED this 15th day of October, 2024.

<u>/s/ Michael McShane</u>
Michael J. McShane
United States District Judge

1 – OPINION AND ORDER